# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Search of:<br><br>A Black Samsung Cellular Phone Model, Model Galaxy A12, Bearing IMEI 357816336078892 | Case No. 2:22-mj-00270-NJK<br><br>**ORDER** |

On April 6, 2022, the undersigned issued a search and seizure warrant in this matter. To date, the Government has not provided a return. Accordingly, no later than November 21, 2022, the Government is hereby **ORDERED** to provide a return to the chambers of the undersigned providing an inventory of property taken, if any.

The Clerk's office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Supriya Prasad.

IT IS SO ORDERED.

Dated: November 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1